**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

Joshua Freedman
49 Sample Bridge RD
Mechanicsburg, PA17050
Cumberland County
9168060052
freedman.joshua+FEC@gmail.com

Case: 1:22–cv–01542
Assigned To : Unassigned
Assign. Date : 5/25/2022
Description: Pro Se Gen. Civ. (F-DECK)

VS.                                        CIVIL ACTION NO.

Federal Elections Commission
Alan Dickerson, Chair
1050 First Street, NE
Washington, DC 20463
District of Columbia
202-694-1100
info@fec.gov cgallagher@fec.gov

## **COMPLAINT**

Prior to 11/22/21, political comments on the public forum Reddit, were censored and
manipulated.  On or about 11/22/21, Plaintiff filed a sworn complaint with the Defendant (FEC).
The Defendant of the original complaint (REDDIT, Inc) (MUR7811), never responded to the
complaint, and the FEC, ignoring allegations, and with no new information, dismissed the
complaint. Plaintiff filed in the Middle District of PA Federal Court (1:2-CV-0298) in error for
Judicial Review.  It was dismissed 05/18/22 without prejudice, due to being filed in the wrong
jurisdiction.   This is an appeal for Judicial Review of the original complaint.

I am requesting relief, under 52 U.S.C. § 30109(a)(8), whereas the code indicates:
> *Any party aggrieved by an order of the Commission dismissing a complaint filed by such*
> *party under paragraph (1), or by a failure of the Commission to act on such complaint*
> *during the 120-day period beginning on the date the complaint is filed, may file a petition*
> *with the United States District Court for the District of Columbia.*

I believe that the failure of the FEC to investigate my complaint and their subsequent closing of the matter was damaging as the information that is to be publicly disclosed to voters is not being publicly disclosed, and I request that the courts rule that the FEC must investigate my complaint thoroughly.

No trial by jury requested.

5/24/22

Joshua Freedman
49 Sample Bridge RD
Mechanicsburg, PA 17050-2386