# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Joshua Freedman
49 Sample Bridge RD
Mechanicsburg, PA17050
Cumberland County
9168060052
freedman.joshua+FEC@gmail.com

VS.                                              CIVIL ACTION NO. 1:22-cv-01542-RCL

Federal Elections Commission
Alan Dickerson, Chair
1050 First Street, NE
Washington, DC 20463
District of Columbia
202-694-1100
info@fec.gov cgallagher@fec.gov

**Motion for Judgement as a Matter of Law**

Under rule 50(a) of FRCP, I respectfully request that my Motion for Judgement as a Matter of law be granted.

Thank you.

Joshua Freedman
49 Sample Bridge RD
Mechanicsburg, PA17050
Cumberland County
9168060052
freedman.joshua+FEC@gmail.com



**RECEIVED**
9/26/2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia