UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSHUA FREEDMAN, | ) | |
| Plaintiff, | ) | Civ. No. 22-1542 (RCL) |
| v. | ) | |
| FEDERAL ELECTION COMMISSION | ) | [PROPOSED] ORDER |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the defendant Federal Election Commission's Motion to Dismiss, any opposition filed by plaintiff, and the Commission's reply, it is hereby

ORDERED that the Federal Election Commission's Motion to Dismiss is GRANTED, and it is further

ORDERED that the above-captioned case is DISMISSED.

Dated: _____, 2023        _____
                                                        United States District Judge