UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-cv-01542 (RCL) |
| ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Court **GRANTS** the Motion to Dismiss, ECF No. 11, filed by Defendant the Federal Election Commission, and this matter is hereby **DISMISSED** pursuant to Federal Rule 12(b)(1).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: 9/1/23

_____
ROYCE C. LAMBERTH
Senior United States District Judge